## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **MARY ALLEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO.** |
| **v.** | ) **3:12-CV-461-MEF-SRW** |
| | ) |
| **SANTANDER CONSUMER USA, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Mary Allen ("Plaintiff") and defendant Santander Consumer USA, Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant to bear their own fees, costs and expenses.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney R. Frank Springfield certifies that he has the express permission and agreement of counsel for Plaintiff to affix his respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

Dated this the 3rd day of August, 2012.

2024451 v1

Respectfully submitted,

John W. Roper
The Roper Law Firm
5353 Veterans Parkway, Suite D
Columbus, GA 31904
Telephone: (706) 596-5353
johnroper@roperlaw.com

Attorney for Plaintiff
MARY ALLEN

Alan D. Leeth (LEE038)
R. Frank Springfield (SPR024)
Rachel R. Friedman (FRI045)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com
fspringf@burr.com
rfriedman@burr.com

Attorneys for Defendant
SANTANDER CONSUMER USA, INC.

2024451 v1